UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ 2nd Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Teodolinda Molina**     JOINT DEBTOR: _____     CASE NO.: **15-10340-AJC**
Last Four Digits of SS#  **xxx-xx-2508**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **96.51** for months **1** to **60** ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _____ **0.00** TOTAL PAID $ **0.00**

Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Dodge Enterprises c/o Hiday & Ricke, P.A.     Arrearage on Petition Date  $ 4,850.00
   Address: 4100 Southpoint Drive E. Ste. 3, Jacksonville, FL 32216     Arrears Payment  $ **86.49** /month (Months **1** to **60**)
   Account No:     Regular Payment  $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**     Total Due  $ _____
              Payable   $ _____ /month  (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

*The creditor and debtor have agreed to a 4.25% interest rate on the arrearage.

At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4). I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
**Teodolinda Molina**
Debtor                                          Joint Debtor
Date: **June 16, 2015**                         Date: _____

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy