**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Teodolina Molina                                                  Case No: 15-10340-AJC

                                                                                                 Chapter 13

_____Debtor_____/

**NOTICE OF SUBSTITUTION OF ATTORNEY WITHIN SAME FIRM**

Pursuant to Local Rule 2091-1 (C), the Debtor notifies the Court that attorney Lissie Salazar has substituted for attorney Maria Alavarez who is no longer with the firm. The Debtor consents to this substitution. All motions, notices, etc. should be sent to Lissie Salazar.

                                      Respectfully submitted,
                                      LEGAL SERVICES OF GREATER MIAMI, INC.
                                      Attorneys for the Debtor

                                      By /s/ Lissie Salazar
                                      Lissie Salazar, Esq., Florida Bar No. 0866741
                                      4343 West Flagler Street, Suite 100, Miami, FL 33134
                                      Phone and Fax: (305) 438-2405
                                      Primary Email: lsalazar@legalservicesmiami.org
                                      Secondary Email: crodriguez@legalservicesmiami.org
                                      Alternate Email: pleadings@legalservicesmiami.org

**CERTIFICATION OF ATTORNEY**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                      By /s/ Lissie Salazar
                                      Lissie Salazar, Esq.